CO-386
10/2018

# United States District Court
# For the District of Columbia

| | |
|---|---|
| UH CLEVELAND MEDICAL CENTER, et al., <br><br> Plaintiff <br> vs <br> ALEX M. AZAR II, Secretary, U.S. Department of Health & Human Services <br><br> Defendant | Civil Action No. __19-03593__ |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __UH Cleveland Medical Center; UH Bedford Medical Center; UH Richmond Medical Center__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__OH0017__
BAR IDENTIFICATION NO.

Alan J. Sedley, APLC
Print Name

18880 Douglas Suite 404
Address

Irvine     CA     92612
City    State    Zip Code

(949) 502-5399
Phone Number